```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 08995
    ADAM BROCCARDO
                                               CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-1660


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 04/13/2008 and was confirmed 07/16/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   10.00%.

     The case was dismissed after confirmation 12/03/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
WELLS FARGO BANK           MORTGAGE NOTI    NOT FILED             .00           .00
WELLS FARGO BANK           MORTGAGE NOTI    NOT FILED             .00           .00
WELLS FARGO BANK NA        CURRENT MORTG          .00             .00           .00
WELLS FARGO BANK NA        MORTGAGE ARRE          .00             .00           .00
INTERNAL REVENUE SERVICE   PRIORITY         NOT FILED             .00           .00
INTERNAL REVENUE SERVICE   UNSECURED        NOT FILED             .00           .00
PORTFOLIO RECOVERY         UNSECURED          1010.28             .00           .00
FIRST USA BANK             UNSECURED        NOT FILED             .00           .00
CAPITAL RECOVERY ONE       UNSECURED           323.58             .00           .00
JEWEL/OSCO                 UNSECURED        NOT FILED             .00           .00
K MART                     UNSECURED        NOT FILED             .00           .00
UNIFUND CCR PARTNERS       UNSECURED          7851.79             .00           .00
ERICA HODOR                NOTICE ONLY      NOT FILED             .00           .00
AFNI                       NOTICE ONLY      NOT FILED             .00           .00
CINGULAR WIRELESS          UNSECURED        NOT FILED             .00           .00
COMCAST                    UNSECURED        NOT FILED             .00           .00
CREDIT PROTECTION ASSOC    NOTICE ONLY      NOT FILED             .00           .00
JOHN C DENT                DEBTOR ATTY        3,185.00                       1,571.33
TOM VAUGHN                 TRUSTEE                                             133.67
DEBTOR REFUND              REFUND                                                 .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE              1,705.00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                   1,571.33
TRUSTEE COMPENSATION                               133.67

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 08995 ADAM BROCCARDO
```

```
DEBTOR REFUND                                                            .00
                                        ---------------    ---------------
TOTALS                                         1,705.00           1,705.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                                        /s/ Tom Vaughn
    Dated: 03/05/09                     _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```